JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARLYN GRISELDA COBAR RODENAS,<br><br>   Plaintiff,<br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>   Defendant. | Case No. 2:21-cv-05825-AB-JDE<br><br>JUDGMENT OF REMAND |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. 20, "Stipulation to Remand"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 07, 2022

_____
ANDRE BIROTTE JR.
United States District Judge