UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLYN GRISELDA COBAR RODENAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant | CASE NO. 2:21-cv-5825-AB-JDE<br><br>ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) |

　　Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

　　**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$6,450** as authorized by 28 U.S.C. § 2412.

Dated: October 26, 2022

　　　　　　　　　　　　　　　　　Honorable André Birotte Jr.
　　　　　　　　　　　　　　　　　United States District Judge